**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| CHEP USA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No.: 2-23-cv-00634-DLM-KRS |
| GILLIS FARMS, INC., AND DESERT | § | |
| SPRINGS PRODUCE LLC, | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff submits its Corporate Disclosure Statement and states as follows:

CHEP is a New York general partnership with its principal office at 5897 Windward Parkway, Alpharetta, Georgia 30005. The partners of CHEP are Brambles North America Incorporated and Brambles Industries, LLC. Brambles North America Incorporated is a Delaware corporation with its principal office and principal place of business at 5897 Windward Parkway, Alpharetta, Georgia 30005. Brambles Industries, LLC, is a Delaware LLC with its principal office and principal place of business at 5897 Windward Parkway, Alpharetta, Georgia 30005. The sole member of Brambles Industries, LLC, is Brambles North America Incorporated.

Dated: July 31, 2023

Respectfully submitted,

**AKERMAN LLP**

*/s/ Rola Daaboul*
**David V. Jones**
NMD Bar No. 23-195
New Mexico Bar No. 149821
Texas Bar No. 10869825

112 E Pecan, Suite 2750
San Antonio TX 78205
Telephone: 210.582.0220
david.jones@akerman.com

**Rola Daaboul**
NMD Bar No. 23-205
Texas Bar No. 24068473
500 W 5th Street, Suite 1210
Austin, Texas 78701
Telephone: 737.999.7108
rola.daaboul@akerman.com

**ATTORNEYS FOR PLAINTIFF
CHEP USA**

71995540;1